JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON BLUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP. a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. ED CV 22-854-DMG (MAAx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF SHARON BLUNT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41 [47]** |

Based on the parties' stipulation for dismissal of Plaintiff's action, the above-captioned action is dismissed with prejudice in its entirety. The parties shall bear their own attorneys' fees and costs. All pending motions are DENIED as moot and all scheduled dates and deadlines in this matter are hereby VACATED.

IT IS SO ORDERED.

DATED: June 29, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE